IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **STEVE DINWIDDIE,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 10-cv-675-DRH |
| | ) | |
| **JOHN EVANS, et al.,** | ) | |
| | ) | |
| Respondents. | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

This habeas corpus action was filed on September 1, 2010, but on September 13, Petitioner moved this Court for voluntary dismissal of the action (Doc. 6). Voluntary withdrawal of this action is Petitioner's right, and, accordingly, the motion is **GRANTED**. This action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk shall **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: September 14, 2010.

　　　　　　　　　　　　　　　　　　　　/s/     DavidRHerndon
　　　　　　　　　　　　　　　　　　　　**CHIEF JUDGE**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT**